# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **08-14775-BP** |
| | § | |
| **SHUPE, MARGERY J.** | § | Chapter **7** |
| **SHUPE, JOSEPH A.** | § | |
| | § | Judge: **PERLMAN** |
| Debtor(s). | § | |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $28.17 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Impact Cash LLC<br>PO Box 3206<br>Logan, UT 84323 | 000002 | 4.40 |
| Cincinnati Tan Co<br>11429 Princeton Glendale Road<br>Cincinnati, OH 45246 | 000003 | 2.53 |
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | 000007 | 2.48 |
| Oncology/Hematology Care Inc<br>PO Box 641174<br>Cincinnati, OH 45264 | 000008 | 1.12 |
| Med+ Urgent Medical Care Services<br>PO Box 54821<br>Cincinnati, OH 45254-0821 | 000011 | 0.47 |
| US Bank/Retail Payment Solutions<br>PO Box 5229<br>Cincinnati, OH 45201 | 000014 | 3.59 |
| US Bank/Retail Payment Solutions<br>PO Box 5229<br>Cincinnati, OH 45201 | 000015 | 3.85 |
| Plains Commerce Bank<br>PO Box 90340<br>Sioux Falls SD 57109 | 000016 | 2.62 |
| Advance America<br>135 North Church Street<br>Spartanburg, SC 29306 | 000017 | 3.23 |

| | | |
|---|---|---|
| Pra Receivables Management, Llc<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541 | 000034 | 3.88 |

Dated:  June 11, 2010

/s/ Eileen K. Field
_____
Eileen K. Field, Case Trustee

cc:     U.S. Trustee